UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

CHAPTER: 7
DATE: January 9, 2013
JUDGE: Pamela Pepper
CASE NO.: 2012-35204
DEBTOR: Inisha Williams
NATURE OF HEARING: Order to Show Cause
APPEARANCES: Robert Naugles - Bankruptcy Petition Preparer
Inisha Williams - Debtor
Twana Nash - Debtor in case no. 12-34942
Sharnese Brown - Ms. Twana Nash's daughter
Amy Ginsberg - Counsel for the US Trustee
COURTROOM DEPUTY: Kristine Wrobel
TIME: 3:33 p.m. - 5:22 p.m.
ADJOURNED DATE:
_____

     The Court heard testimony from Ms. Williams, Ms. Nash, Ms. Brown and Mr. Naugles. After hearing the testimony, and argument from counsel for the United States Trustee and Mr. Naugles, the Court concluded that Mr. Naugles had violated §110 of the Bankruptcy Code. The Court ordered that no later than March 15, 2013, Mr. Naugles refund to Ms. Inisha Williams $521.00, refund Ms. Twana Nash $230.00, and refund Ms. Sharnese Brown $200.00. The Court also imposed on Mr. Robert Naugles a fine in the amount of $1,000, to be paid to the U.S. Trustee's office within 180 days of the date of today's hearing, as a sanction for violations of §110 of the Bankruptcy Code, including accepting filing fees from debtors, failing to provide debtors with copies of their completed schedules, by failing to prepare and file schedules which he was paid to prepare, by filing uncompleted schedules and by failing to provide the disclosures required by §110. The Court asked the debtors and Ms. Brown to contact Judge's chambers if they do not receive the refunds by the end of the day on March 15, 2013. Attorney Ginsberg will prepare the order.

1